Evan S. Cohen, SBN 119601
esc@manifesto.com
1180 South Beverly Drive. Suite 510
Los Angeles, CA  90035-1157
(310) 556-9800

Bridget B. Hirsch, SBN 257015
BYRNES HIRSCH P.C.
bridget@byrneshirsch.com
2272 Colorado Blvd # 1152
Los Angeles, CA  90041
(323) 387-3413

Attorneys for Defendant ELOHIM EPF USA, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EKORUS, INC., a California corporation, | Case No.:  CV 20-310-GW-GJSx |
| Plaintiff, | Hon. George H. Wu |
| v. | **ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEYS' FEES ON DEFENDANT'S SPECIAL MOTION TO STRIKE PURSUANT TO CAL. CIV. PROC. § 425.16** |
| ELOHIM EPF USA, INC., a California corporation; and DOES 1-20, inclusive, | |
| Defendants. | |
| | Date: June 4, 2020 |
| | Time: 8:30 a.m. |
| | Place: Courtroom 9D |

1

**[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES**

1   This Court, pursuant to California Code of Civil Procedure § 425.16(c), and having

2   considered Motion for Attorneys' Fees on Anti-SLAPP Motion filed by Defendant

3   Elohim EPF USA, Inc. against Plaintiff EKORUS, INC., as well as all supporting

4   and opposing papers, and arguments with respect thereto, hereby rules as follows:

5      1. Defendant's Motion for Attorneys' Fees and pursuant to § 425.16(c) is

6         **GRANTED**.

7      2. Plaintiff shall pay to Defendant **$23,012.50** in attorneys' fees incurred in

8         moving to strike the Second Claim for Relief of the First Amended

9         Complaint and the subsequent Motion for Attorneys' Fees on Anti-SLAPP

10        Motion.

11

12

13  IT IS SO ORDERED.

14

15

16  Dated: June 4, 2020          By:

17                               Hon. George H. Wu
                                 United States District Judge
18

**[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES**