JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EKORUS, INC., a California corporation,<br><br>          Plaintiff,<br><br>v.<br><br>ELOHIM EPF USA, INC., a California corporation; and DOES 1-20, inclusive,<br><br>          Defendants. | Case No.:  CV 20-310-GW-GJSx<br><br>Hon. George H. Wu<br><br>**ORDER APPROVING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

1

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

## **ORDER**

In accordance with the Stipulation entered into by plaintiff EKORUS, INC. and defendant ELOHIM EPF USA, INC., this entire action is dismissed, without prejudice, and, with the exception of the agreement reached between the parties as to the payment of attorneys' fees in relation to the court's Order Granting Defendant's Motion for Attorneys' Fees (Docket No. 42), each party shall bear its own costs and attorneys' fees.

Dated: August 13, 2020          By: */s/ George H. Wu*
                                Honorable George H. Wu
                                United States District Judge